IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| PATRICIA COURTS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil No. 3:17-cv-00944 |
| ) | Judge Trauger |
| CORRECT CARE SOLUTIONS, LLC, ET AL., ) | |
| ) | |
| Defendants. ) | |

**O R D E R**

On May 23, 2018, the magistrate judge issued a Report and Recommendation (DE #29), to which no timely objections have been filed. The Report and Recommendation is therefore ACCEPTED and made the findings of fact and conclusions of law of this court. For the reasons expressed therein, the following are hereby ORDERED:

1. The Motion to Dismiss filed by Correct Care Solutions, LLC (Docket No. 18) is GRANTED IN PART and DENIED IN PART.

2. The above-referenced Motion to Dismiss (Docket No. 18) is DENIED with respect to plaintiff's claims of retaliation for reporting a co-worker's offensive statements, discussed in the Report and Recommendation at Paragraph II.C2(b)[1] at Page 17.

3. The above-referenced Motion to Dismiss (Docket No. 18) is GRANTED with respect to the remainder of plaintiff's claims.

4. The Motion to Ascertain Status filed by Correct Care Solutions, LLC (Docket No. 26) is DENIED as moot.

This case is returned to the magistrate judge for further handling under the original referral order.

It is so **ORDERED.**

Enter this 5th day of July 2018.

_____
ALETA A. TRAUGER
U.S. District Judge