IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| PATRICIA COURTS, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Case No. 3:17-cv-00944 |
| CORRECT CARE SOLUTIONS, LLC, | ) ) | Judge Aleta A. Trauger |
| Defendant. | ) ) ) | |

## ORDER

Before the court are *pro se* plaintiff Patricia Courts' timely Objections (Doc. No. 57) to the magistrate judge's Report and Recommendation ("R&R") (Doc. No. 55), recommending that the defendant's Motion for Summary Judgment (Doc. No. 42) be granted and that this case be dismissed.

For the reasons set forth in the accompanying Memorandum, the Objections (Doc. No. 57) are **OVERRULED**. The court **ACCEPTS** the recommendation that the Motion for Summary Judgment be granted, albeit for slightly different reasons. The Motion for Summary Judgment (Doc. No. 42) is **GRANTED**, and this case is **DISMISSED**.

This is the final Order in this case, and the Clerk shall enter judgment. Fed. R. Civ. P. 58.

It is so **ORDERED**.

_____
ALETA A. TRAUGER
United States District Judge